## J. C. COULSON v. STATE.
### No. 15994.

Court of Criminal Appeals of Texas.
May 10, 1933.

Rehearing Denied May 31; 1933.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Forgery is the offense; penalty assessed at confinement in the penitentiary for two years.

A plea of guilty was entered. The facts before the trial court are not brought up for review. No complaints of the procedure are brought forward by bills of exception or otherwise.

The judgment is affirmed.

### On Motion for Rehearing.

LATTIMORE, Judge.

Appellant complains in his motion for rehearing of our refusal to consider his statement of facts. We cannot refuse to consider a statement of facts which does not appear in the record. While there is complaint of the indictment that same is fatally defective, this is in the main in general terms, and no particular defect is observed.

The motion for rehearing will be overruled.

## J. C. COULSON v. STATE.
### No. 15993.

Court of Criminal Appeals of Texas.
May 10, 1933.

Rehearing Denied May 31, 1933.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Disposing of mortgaged property is the offense; penalty assessed at confinement in the penitentiary for two years.

A plea of guilty was entered. The record is before us without statement of facts' and bills of exception. The procedure is regular. No error has been perceived warranting a reversal.

The judgment is affirmed.

### On Motion for Rehearing.

LATTIMORE, Judge.

Notwithstanding appellant pleaded guilty, he files a motion for rehearing contending that the evidence is not sufficient to support the judgment, and complains of our failing to consider his statement of facts. We found no statement of facts in the record as originally considered, and none appears there now.

The motion for rehearing will be overruled.